# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

HARRY KROUSKOUPF,

Petitioner, : Case No. 2:26-cv-563

- vs - District Judge Algenon L. Marbley
Magistrate Judge Michael R. Merz

WARDEN,
Noble Correctional Institution,

:

Respondent.

## ORDER

This habeas corpus case under 28 U.S.C. §2254 is before the Court on Petitioner's Notice of Failure to Receive reporting that he has not received the State Court Record and Return of Writ (ECF No. 12).

Based on that filing, it is hereby ORDERED:

1. The Report and Recommendations filed October 21, 2026 (ECF No. 11), is withdrawn.
2. Respondent is ordered to re-serve the State Court Record and Return of Writ by having an identified employee of the ODRC hand-deliver a copy of each of them to Petitioner and then file with the Court a certificate of such service accompanied by an oath or declaration of service under 28 U.S.C. § 1746.

3. The deadline for Petitioner to serve his reply/traverse to the Return of Writ is twenty-one days after the date on which he is served with the State Court Record and Return of Writ ordered herein.

October 22, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge